UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DYTAUN MONTGOMERY, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.:   22-1715 (RC) |
| v. : | |
| : | Re Document No.:   38 |
| DOUGLAS A. COLLINS, : | |
| Secretary of Veterans Affairs, : | |
| : | |
| Defendant. : | |

# ORDER

### GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion for Summary Judgment (ECF No. 38) is **GRANTED**.

**SO ORDERED**.

Dated: November 19, 2025                                                              RUDOLPH CONTRERAS
                                                                                                       United States District Judge